UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
ESTHER FEDER, on behalf of herself and all :     Case No.: 1:20-cv-08794-GBD
others similarly situated, :
                                                      :
                      Plaintiffs, :     **STIPULATION OF DISMISSAL**
vs. :            **WITH PREJUDICE**
                                                      :        **AND [PROPOSED] ORDER**
                                                      :
MIDLAND CREDIT MANAGEMENT, INC., :
                                                      :
                      Defendant. :
                                                      :
———————————————————— x

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Midland Credit Management, Inc. shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: January 4, 2021            **COHEN & MIZRAHI LLP**

                                                     _____
                                                        JOSEPH H. MIZRAHI

                                                    JOSEPH H. MIZRAHI
                                                    JONATHAN B. WEISS
                                                    300 Cadman Plaza West, 12th Floor
                                                    Brooklyn, NY 11201
                                                    Telephone: 929/575-4175
                                                    929/575-4195 (fax)
                                                    joseph@cml.legal
                                                    jonathan@cml.legal

                                                    *Attorneys for Plaintiff Esther Feder*

DATED: January 4, 2021

**HINSHAW & CULBERTSON LLP**

_____
MATTHEW B. CORWIN

MATTHEW B. CORWIN
ELLEN B. SILVERMAN
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone: 212/471-6200
212/935-1166 (fax)
mcorwin@hinshawlaw.com
esilverman@hinshawlaw.com

*Attorneys for Defendant Midland Credit Management, Inc.*

SO ORDERED: **JAN 0 6 2021**

_____
JUDGE U.S. District Court
Southern District of New York